# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA GARCIA,<br><br>　　　　　　　　　　Plaintiff,<br>　vs.<br>EARTHLINK, INC.,<br><br>　　　　　　　　　　Defendant. | Case No. 12cv1129 DMS (BLM)<br><br>**ORDER OF DISMISSAL** |

　　　The joint motion to dismiss, filed January 8, 2013, is **GRANTED** pursuant to Federal Rule of Civil Procedure 41(a)(1). The claims asserted by Plaintiff Monica Garcia individually are **DISMISSED WITH PREJUDICE**. The claims asserted on behalf of a putative class are **DISMISSED WITHOUT PREJUDICE**. Each party shall bear her or its own costs, expenses and attorneys' fees.

　　　**IT IS SO ORDERED.**

DATED: January 9, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　HON. DANA M. SABRAW
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

- 1 -